UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Helene Mershon, | : |
| | : Civil Action No.: 2:13-cv-02700-CDJ |
| Plaintiff, | : |
| v. | : |
| Farmers Insurance Company, Inc., | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Farmers Insurance Company, Inc., with prejudice and without costs to any party.

| Helene Mershon | Farmers Insurance Company, Inc. |
|---|---|
| */s/ Jody B. Burton* | */s/ Joseph Kernen* |
| Jody B. Burton (Bar No. 7168) | Joseph Kernen (Bar No. 56343) |
| Lemberg Law, LLC | Adam D. Brown (Bar No. 205899) |
| 1100 Summer Street, 3rd Floor | DLA Piper, LLP |
| Stamford, CT  06905 | One Liberty Place |
| Tel: (203) 653-2250 | 1650 Market Street, Suite 4900 |
| Fax: (203) 653-3424 | Philadelphia, PA 19103-7300 |
| Email: jburton@lemberglaw.com | Tel: (215) 656-3300 |
| *Attorney for Plaintiff* | Fax: (215) 656-3301 |
| | Email: joseph.kernen@dlapiper.com |
| | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on November 12, 2013, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the District of Pennsylvania Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Jody B. Burton
Jody B. Burton